99 A.3d 529

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Braheem Kameil BIVENS, Petitioner.**

**No. 106 MM 2014.**

Supreme Court of Pennsylvania.

Sept. 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **GRANTED.** Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 904. Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.

Justice STEVENS notes his dissent and would direct negligent counsel to file a Petition for Allowance of Appeal within 48 hours of this order.